UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.L., on behalf of A.L.M. and individually,

                    Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

CIVIL ACTION NO. 25 Civ. 7484 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for general pretrial management including scheduling, discovery, non-dispositive pre-trial motions, and settlement. (Dkt. No. 10). Plaintiff A.L. ("Plaintiff") attempted to file a complaint on September 16, 2025. (Dkt. No. 2 (the "Complaint")). However, the Clerk of Court noted certain deficiencies in the Complaint and directed Plaintiff to re-file it. (See Dkt. No. 2; Dkt. Entry on September 18, 2025). Plaintiff then attempted to re-file the Complaint on September 19, 2025. (Dkt. No. 7). The Clerk of Court again noted certain deficiencies and directed Plaintiff to re-file the Complaint. (Dkt. No. 7; Dkt. Entry on September 22, 2025). To date, the Plaintiff has not re-filed the Complaint.

On or before **October 2, 2025**, the Plaintiff shall re-file the Complaint pursuant to the Clerk of Court's instructions. (See Dkt. Entry on September 22, 2025).

Dated:     New York, New York
            September 25, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**