UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.L., on behalf of A.L.M. and individually,

Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

CIVIL ACTION NO. 25 Civ. 7484 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 25, the deadline for Defendant New York City Department of Education ("Defendant") to respond to the complaint (Dkt. No. 12 (the "Complaint")) was February 18, 2026.  (Dkt. No. 25).  To date, Defendant has not responded to the Complaint.  As a one-time courtesy, the Court sua sponte **EXTENDS** Defendant's deadline to respond to the Complaint to **February 26, 2026**.

The Court further notes that given that this is the sixth extension of Defendant's deadline to respond to the Complaint, (see Dkt. Nos. 17; 19; 21; 23; 25), the Court may not grant additional extensions absent extraordinary circumstances.

Dated:        New York, New York
              February 19, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**