UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                          :

A.L., *individually and on behalf of A.L.M.*,    :

                          :

                      Plaintiff,   :

                          :          25-CV-7484 (VSB)

             -against-        :

                          :          **ORDER**

NEW YORK CITY DEPARTMENT OF    :
EDUCATION,                      :

                          :

                    Defendant.  :

                               X

-------------------------------------------------------------
VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement

agreement. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty-five (35) days.

SO ORDERED.
Dated:      February 25, 2026
           New York, New York

                                  Vernon S. Broderick
                                  United States District Judge